**NESENOFF & MILTENBERG** LLP
ATTORNEYS AT LAW
nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
———
Stuart Bernstein

Barbara H. Trapasso
Ariya M. Waxman
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*
Megan S. Goddard
*Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

*Order*

August 20, 2019

**VIA ECF**
The Honorable Freda L. Wolfson
United States District Judge
District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

   Re: <u>Sergio Verdú v. The Trustees of Princeton University, et al.</u>
     <u>Index No: 3:19-cv-12484</u>

Dear Judge Wolfson:

  We represent the Plaintiff, Sergio Verdú, in the above-referenced matter, and respectfully submit this joint letter requesting a clarification of the return date for Defendants' Motion to Dismiss, which was filed on Thursday, August 15, 2019 (ECF No. 20).

  In their Notice of Motion, Defendants set the return date for their Motion as October 21, 2019. However, it is our understanding that through an automated process, the return date was scheduled for September 16, 2019.

  The parties therefore file this joint request to adjust the return date for Defendants' Motion to Dismiss (ECF No. 20) to October 21, 2019, per the Notice of Motion. *Granted*

Respectfully submitted,

NESENOFF & MILTENBERG LLP

By: /s/ *Adrienne Levy*
   Adrienne Levy, Esq.

**IT IS SO ORDERED:**

/s/ Freda L. Wolfson
FREDA L. WOLFSON
U.S. CHIEF DISTRICT JUDGE
8/21/19

cc: All counsel (via ECF)