UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1724
_____

SERGIO VERDU,

Appellant

v.

THE TRUSTEES OF PRINCETON UNIVERSITY;
THE BOARD OF TRUSTEES OF PRINCETON UNIVERSITY;
CHRISTOPHER L. EISGRUBER; DEBORAH A. PRENTICE;
REGAN CROTTY; TONI MARLENE TURANO; LISA M. SCHREYER;
MICHELE MINTER; CLAIRE GMACHL; CHERI BURGESS;
LYNN WILLIAM ENQUIST; SUSAN TUFTS FISKE;
CAROLINA MANGONE; HARVEY S. ROSEN; IRENE V. SMALL

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 3-19-cv-12484)
District Judge: Honorable Freda L. Wolfson

_____

Submitted under Third Circuit LAR 34.1(a)
on June 24, 2021

Before:  CHAGARES, *Chief Judge,* PORTER and ROTH, Circuit Judges

## **JUDGMENT**

This case came to be heard on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit LAR 34.1(a) on June 24, 2021.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered March 30, 2020, be and the same is hereby **AFFIRMED**.

All of the above in accordance with the Opinion of this Court.

**ATTEST:**

s/ Patricia S. Dodszuweit
Clerk

Dated: September 27, 2022

Certified as a true copy and issued in lieu of a formal mandate on 10/19/22

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**